UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MONTANO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>G. GALAZA, et al.,<br><br>　　　　　　Defendants. | CV F- 03-5891 REC DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LIBRARY ACCESS AS MOOT<br>[DOC # 39] |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On August 1, 2005, plaintiff filed a motion requesting a court order allowing him to attend the prison law library in order to prepare his amended complaint. Plaintiff stated he needed a court order in order to meet the deadline to file his amended complaint as ordered by the Court on July 25, 2005. Plaintiff filed his amended complaint on August 31, 2005. Accordingly, plaintiff's motion is HEREBY DENIED as MOOT.

　　　IT IS SO ORDERED.

　　Dated:    February 21, 2006                    /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE