UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MONTANO,<br><br>           Plaintiff,<br><br>    v.<br><br>G. GALAZA, et al.,<br><br>           Defendants. | CV F- 03-5891 REC DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is the amended complaint, filed August 31, 2005. Plaintiff alleges that he has been discriminated against on the basis of disability because he uses a wheelchair. Specifically, plaintiff complains of being denied access to the law library and the exercise yard, as well as structural deficiencies in his cell. The complaint appears to state a cognizable claim for relief.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants:

           GALAZA

Case 1:03-cv-05891-AWI-DLB   Document 42   Filed 02/22/06   Page 2 of 2

1       SCRIBNER

2       MARSHAL

3       DILL

4       ROUSSEAU

    2. The Clerk of the Court shall send plaintiff FIVE (5) USM-285 forms, FIVE (5) summons, an instruction sheet and a copy of the amended complaint filed August 31, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. SIX (6) copies of the endorsed amended complaint filed August 31, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

    IT IS SO ORDERED.

    **Dated:   February 21, 2006**                            **/s/ Dennis L. Beck**
3c0hj8                                                                        UNITED STATES MAGISTRATE JUDGE