**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAURICIO MONTANO,** | 1:03-cv-05891-AWI-DLB-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |
| **G. GALAZA, et al.,** | |
| Defendants. | ORDER DISMISSING ACTION |
| / | (Document #57) |

Plaintiff, Mauricio Montano ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 27, 2007, the Magistrate Judge filed Findings and Recommendations that recommended Defendants' motion to dismiss be granted and the complaint be dismissed for failure to state a claim. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed by July 9, 2007. Because the Magistrate Judge was recommending dismissal

1

with leave to amend, Plaintiff was directed to file an amended complaint by July 9, 2007.  No party has filed objections. Plaintiff has also not filed an amended complaint.

In accordance with the provisions of 28 U.S.C.§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  Because Plaintiff was already given notice of the complaint's pleading deficiencies and an opportunity to amend, the court's dismissal will be without leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 27, 2007, are ADOPTED IN FULL;
2. Defendants' motion to dismiss is GRANTED;
3. This action is DISMISSED without leave to amend;
4. All pending motions are DENIED as moot; and
5. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   August 4, 2007**           /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

2